**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                  nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CRESTVIEW LANDSCAPING CORP., a Domestic Corporation, a/k/a Crestview Development Corp., Inc. a/k/a Crestview Construction Group a/k/a Crestview Corp.; and CARL D. WILE, an individual.<br><br>Defendants. | CASE NO: 2:15-cv-01888-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CARL D. WILE WITH PREJUDICE**<br><br>ECF No. 13 |

Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (collectively hereinafter "Plaintiffs"), by and through their counsel of record, The Urban Law Firm, and Defendants, Crestview Landscaping Corp., a Domestic Corporation, a/k/a Crestview Development Corp., Inc. a/k/a Crestview Construction Group a/k/a Crestview Corp.; and Carl D. Wile, an individual, by and through their counsel of record, Beasley

1

Law Group, do hereby jointly stipulate to the dismissal of all of Plaintiffs' claims against Defendant, Carl D. Wile, an individual, with prejudice.

Plaintiffs and Defendant have concurrently executed a Settlement Agreement setting forth the terms of their settlement and this dismissal. Each party shall bear its own costs and fees incurred in this dispute.

DATED this 27th day of September, 2016

**THE URBAN LAW FIRM**

By: /s/ Nathan R. Ring
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs Laborers Trust Funds*

DATED this 27th day of September, 2016

**BEASLEY LAW GROUP**

By: /s/ Matthew Beasley
Matthew Beasley, Nevada State Bar No. 9756
*Counsel for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that Defendant, Carl D. Wile, an individual, be dismissed from this action with prejudice.

DATED: 9/28/16

_____
UNITED STATES DISTRICT COURT JUDGE